UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SHANNON SQUIRES, Individually and as Administrator of the Estate of ROBERT MCCLUSKEY,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 13-cv-517-PB<br>)<br>)<br>)<br>)<br>) |

STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that the pending action against the United States shall be dismissed, with prejudice, each party to bear its own costs.

SO AGREED:

| | |
|---|---|
| Plaintiff Shannon Squires, Individually and as Administrator of the Estate of Robert McCluskey | Defendant United States of America<br><br>DONALD A. FEITH<br>Acting United States Attorney |
|       /s/ Lawrence A. Vogelman<br>By:_____<br>Lawrence A. Vogelman, Esq.<br>Bar No. 10280<br>Nixon, Vogelman, Barry, Slawsky<br>      & Simoneau<br>77 Central Street<br>Manchester, NH   03101<br>603-669-7070<br>lvogelman@davenixonlaw.com |       /s/ T. David Plourde<br>By:_____<br>T. David Plourde, NH Bar No. 2044<br>Assistant U.S. Attorney<br>Chief, Civil Division<br>53 Pleasant Street, 4th Floor<br>Concord, NH   03301-3904<br>603-225-1552<br>david.plourde@usdoj.gov |
| Dated:  October 21, 2015 | Dated:  October 21, 2015 |